

# MIRANDA SLONE SKLARIN VERVE~~I~~

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

———

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
———————
**ASSOCIATES**
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
WALDER THAME-TURNER°
JACQUELINE MCCONOLOGUE °

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/22/2024___

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
516-741-8488

July 18, 2024

<u>VIA ECF</u>
Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   Penn-Star Ins. Co. v. Belgium Properties LLC et al
        Docket No:    1:24-cv-03612-MMG
        <u>Our File No:   23-272</u>

Dear Judge Garnett:

We represent the plaintiff, Penn-Star Insurance Company ("Penn-Star"), in this insurance declaratory judgment action, and we write to Your Honor, with consent of all parties who have appeared, in accordance with Your Honor's June 21, 2024 Order which adjourned the Initial Pretrial Conference to July 30, 2024 and required that a Civil Case Management Plan and Scheduling Order be submitted no later than July 23, 2024, to request a second adjournment of both the Initial Conference and the deadline for submission of the Proposed Case Management Plan and Scheduling Order until August 27, 2024. The basis for the adjournment is that none of the defendants have answered yet and/or are required to answer after July 30th. Moreover, plaintiff's counsel is away on vacation until the end of July and counsel for Belgium Properties LLC is away in the middle of August. The parties request additional time so that the parties may

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

---

**Docket No:    1:24-cv-03612-MMG**
**LETTER TO JUDGE GARNETT REQUESTING ADJOURNMENT OF INITIAL CONF./DEADLINES**
**JULY 18, 2024**
**PAGE 2 OF 2**

meet and confer to discuss the case and the Proposed Case Management Plan and Scheduling Order.  The prior request for adjournment was granted in part.

This a declaratory judgment action concerning a denial of insurance coverage based on several policy provisions of an insurance policy issued by plaintiff to Belgium Properties LLC as it pertains to an alleged accident that occurred on March 25, 2023, involving a Mr. Segundo Villa, claimed to have been injured while working at 38- 27 30th Street, Long Island City, NY 11101.  A lawsuit was subsequently commenced captioned, <u>Segundo Villa and Maria Paca v. Belgium Properties LLC</u>, filed in the Supreme Court of New York, County of Bronx, under index No.: 812778/2023E as it pertains to the alleged accident (referenced herein as the "Villa Action").  Plaintiff has denied coverage as to the lawsuit and all claims but is affording a defense subject to the outcome of this action and seeks a declaration as to it duty to defend and/or indemnify any party as to the claims asserted in the Villa Action.

Accordingly, the plaintiff requests an adjournment of both the July 30, 2024 Initial Conference and the submission of the Proposed Case Management Plan and Scheduling Order to reschedule the Conference on August 26, 2024.

Respectfully submitted,

**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

To;
All parties via ECF

Application GRANTED.  It is hereby ORDERED that counsel for all parties shall appear for an Initial Pretrial Conference with the Court on **Tuesday, September 10, 2024 at 9:30 a m.**  The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  Additionally, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **September 3, 2024**.  The parties shall use the Court's form proposed Civil Case Management Plan and Scheduling Order.  No extensions of these deadlines will be granted absent good cause shown.

SO ORDERED.  Dated July 22, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE